Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.:  18−10584−KCF
              Chapter:  13
              Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia B. Robinson
   10 Cheshire Court
   Southampton, NJ 08088

Social Security No.:
   xxx−xx−4980

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 29, 2019
JAN: ckk

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10584-KCF
Cynthia B. Robinson                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin                 Page 1 of 2              Date Rcvd: May 29, 2019
                             Form ID: 148                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
```
db              +Cynthia B. Robinson,    10 Cheshire Court,    Southampton, NJ 08088-1301
cr              +LeisureTowne Association, Inc.,    c/o Associa Mid-Atlantic,    14000 Horizon Way,    Suite 200,
                  P.O. Box 668,    Mount Laurel, NJ 08054-0668
cr              +THE BANK OF NEW YORK MELLON TRUST COMPANY,    C/O Robertson, Anschutz & Schneid P.L.,
                  6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
517401564       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517271343        Client Services,    Acct No 24416186,    3451 Harrly S. Truman Boulevard,
                  Saint Charles, MO 63301-4047
517271344       +KML Law Group,    Acct No F-007668-17,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
517271345       +LeisureTowne Association, Inc.,    c/o Associa Mid Atlantic,    1225 Alma Road,    Suite 100,
                  Richardson, TX 75081-2298
517271346       +Mercantile Adjustment Bureau,    Acct No 27259219 JC1,    165 Lawrence Bell Drive,    Suite 100,
                  Buffalo, NY 14221-7900
517271348       +Mr. Cooper,    Acct No xxxxxx5319,    Attn: Bankruptcy,    PO Box 619094,    Dallas, TX 75261-9094
517401574       +The Bank of New York Mellon,    Nationstar Mortgage LLC D/B/A Mr.Cooper,    PO Box 619094,
                  Dallas TX 75261-9094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +EDI: QTJORR.COM May 30 2019 03:43:00      Thomas Orr,    Law Office of Thomas J. Orr,
                  321 High Street,    Burlington, NJ 08016-4411
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:57      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517271340        E-mail/Text: ACF-EBN@acf-inc.com May 30 2019 00:21:48      Atlantic Credit and Finance,
                  3353 Orange Avenue,    Roanoke, VA 24012-6335
517271341        EDI: BANKAMER.COM May 30 2019 03:43:00      Bank of America,    Acct No xxxx-xxxx-xxxx-5470,
                  PO Box 982235,    El Paso, TX 79998
517271342        EDI: CAPITALONE.COM May 30 2019 03:43:00      Capital One Bank,    Acct No 2427,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
517382451       +EDI: AIS.COM May 30 2019 03:48:00      Directv, LLC,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517381367       +EDI: MID8.COM May 30 2019 03:48:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
517271347       +EDI: MID8.COM May 30 2019 03:48:00      Midland Funding, LLC,    Acct No 5016142,
                  2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517271349        EDI: AGFINANCE.COM May 30 2019 03:38:00      One Main Financial,    Acct No xxxx6327,
                  Bankruptcy Department,    PO Box 6042,    Sioux Falls, SD 57117-6042
517303590       +EDI: AGFINANCE.COM May 30 2019 03:38:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517271350        EDI: SEARS.COM May 30 2019 03:43:00      Sears,    Acct No xxxx-xxxx-xxxx-8834,    PO Box 6282,
                  Sioux Falls, SD 57117-6282
517271351        EDI: SEARS.COM May 30 2019 03:43:00      Sears,    Acct No xxxx-xxxx-xxxx-0138,    PO Box 6282,
                  Sioux Falls, SD 57117-6282
517360383        EDI: WFFC.COM May 30 2019 03:48:00      Wells Fargo Bank N.A.,,
                  d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
517271352       +EDI: WFFC.COM May 30 2019 03:48:00      Wells Fargo Dealer Services,    Acct No xxxxxx7002,
                  Bankruptcy Department,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor    LeisureTowne Association, Inc.
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4 bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4
               rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS
               TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4 smncina@rascrane.com
              Thomas   Orr    on behalf of Debtor Cynthia B. Robinson tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas J Orr    on behalf of Debtor Cynthia B. Robinson tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```