UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton, NJ   08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Cynthia B. Robinson

Debtor(s)

**Order Filed on May 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10584 / KCF

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 29, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10584-KCF
Cynthia B. Robinson                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin           Page 1 of 1          Date Rcvd: May 29, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db              +Cynthia B. Robinson,   10 Cheshire Court,   Southampton, NJ 08088-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
            Albert  Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
              AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4
              dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            George C. Greatrex, Jr.    on behalf of Creditor    LeisureTowne Association, Inc.
              ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
            Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY
              bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
            Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
              AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4 bkyecf@rasflaw.com,
              bkyecf@rasflaw.com;legerman@rasnj.com
            Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
              YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4
              rsolarz@kmllawgroup.com
            Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS
              TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA4 smncina@rascrane.com
            Thomas  Orr    on behalf of Debtor Cynthia B. Robinson tom@torrlaw.com,  Torr@ecf.axosfs.com
            Thomas J Orr    on behalf of Debtor Cynthia B. Robinson tom@torrlaw.com,
              xerna@aol.com;orrtr87054@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10